IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANDREW DAVIS,

    Petitioner,

v.                        CASE NO. 4:06cv255-RH/EMT

JAMES R. McDONOUGH,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 16) and the objections thereto (document 17). I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is DENIED with prejudice." The clerk shall close the file.

SO ORDERED this 16th day of December, 2007.

                        s/Robert L. Hinkle
                        Chief United States District Judge